**DISMISS; and Opinion Filed February 13, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00038-CR

### LAQUONCY DESHARD ELLIS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 14-90517-CC2-F**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Schenck

The State charged Laquoncy Deshard Ellis with felony driving while intoxicated (having been twice before convicted of offenses relating to operating a motor vehicle while being intoxicated). *See* TEX. PENAL CODE ANN. § 49.09(b) (West Supp. 2016). Appellant pleaded guilty pursuant to a negotiated plea agreement with the State. The trial court accepted appellant's plea and sentenced him to eighteen years in prison and a $5,000 fine. Appellant then filed this appeal.

On January 19, 2017, the clerk's record was filed. A week later, we notified appellant that after reviewing the clerk's record, we had concerns about our jurisdiction. We specifically noted that it appeared appellant had waived his right to appeal in conjunction with the plea bargain agreement. We instructed appellant to file a response to our letter. On February 6, 2017, appellant filed his response, conceding that we lacked jurisdiction.

The clerk's record contains the negotiated plea agreement with the State. Under the terms of the agreement, appellant pleaded guilty and the State agreed to an eighteen-year sentence and a $5,000 fine. The trial court followed the terms of the plea agreement. Thus, appellant waived his right to appeal. *See Blanco v. State*, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000). Furthermore, the trial court's rule 25.2(d) certification states (1) the case involves a plea bargain and appellant has no right to appeal and (2) appellant has waived the right to appeal. The certification is supported by the documents before the Court. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

In light of the above, we dismiss this appeal for want of jurisdiction.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

170038F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LAQUONCY DESHARD ELLIS, Appellant

No. 05-17-00038-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas
Trial Court Cause No. 14-90517-CC2-F.
Opinion delivered by Justice Schenck, Justices Lang and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 13th day of February, 2017.